**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCISCO JOSE MERCHAN ROCHA,    )<br>                                                                  )<br>            Petitioner,                                  )<br>                                                                  )    2:14-cv-00051-RCJ-VCF<br>       vs.                                                    )<br>                                                                  )<br>VERONICA MERANO FLOREZ,             )    **ORDER**<br>                                                                  )<br>            Respondent.                             )<br>_____  ) | |

    This is a Petition under the Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980 and the United States' enabling law, the International Child Abduction Remedies Act.  The Court has granted Petitioner a Temporary Restraining Order ("TRO") preventing Respondent from removing the minor child from the State of Nevada and requiring Respondent to ensure the minor child's appearance at the preliminary injunction, with the date and time of the hearing to be determined.  The TRO is set to expire at 9:00 a.m. PDT on February 11, 2014.  The Court hereby extends the TRO through 7:00 p.m. PDT on February 13, 2014.  The Court has been in trial in Reno for three weeks, will be in trial again in Reno this week, and has hearings scheduled in Reno during the early part of next week.  The Court is simply unable to hold any hearings in Las Vegas before February 13, 2014.

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Temporary Restraining Order (ECF No. 9) is EXTENDED through 7:00 p.m. PDT on February 13, 2014.

IT IS HEREBY ORDERED that the Hearing on the Motion for Preliminary Injunction (ECF No. 5), which will be consolidated with a trial on the merits, shall be at 9:00 a.m. PDT on February 13, 2014 in Courtroom 4B of the Lloyd D. George Federal Courthouse in Las Vegas, Nevada.

IT IS SO ORDERED.

Dated this 3rd day of February, 2014, at 9:00 a.m. PDT.

_____
ROBERT C. JONES
United States District Judge