IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FRANCISCO JOSE MERCHAN ROCHA,

        Plaintiff,

vs.

VERONICA MOLANO FLOREZ, AKA
VERONICA GABRIELLE,

        Defendant.

Case No.: 2:14-cv-00051

## ORDER FOR RETURN OF MINOR CHILD

THIS MATTER came before the Honorable Robert C. Jones, on November 26, at 10:00 a.m. on Plaintiff's Emergency Motion for an Order Directing Return of Minor Child.

THE COURT NOTED the purpose of the initial stay of the Order granting Plaintiff's Petition for an Order for Return of Minor Child was to allow Defendant to modify custody in Colombia.

THE COURT FINDS Defendant has not modified custody nor initiated a child custody modification process in Colombia.

THE COURT FURTHER FINDS Defendant does not have a good cause to be awarded a second extension of the stay of the Order entered on May 14, 2014, as she has not initiated a child custody modification process in Colombia.

THE COURT FURTHER FINDS Plaintiff has legal and physical custody of Sofia Merchan Molano pursuant to the Decree of Divorce and Parenting Agreement the parties executed in Colombia.

THE COURT FURTHER FINDS Plaintiff released the minor child to Defendant for a brief vacation in the United States and she was not returned.

1

THE COURT FURTHER FINDS that the Hague Convention directly applies to the facts of this case and this Court must honor the Hague Convention.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Verified Complaint and Petition for Return of Minor Child is granted.

IT IS FURTHER ORDERED that Plaintiff's Motion for Order Directing Return of Child is granted.

IT IS FURTHER ORDERED Defendant's Motion for Extension of Stay of Order is hereby DENIED.

IT IS FURTHER ORDERED pursuant to the provisions of The Convention on the Civil Aspects of International Child Abduction, done at the Hague on 25 Oct 1980 (Convention) and/or the International Child Abduction Remedies Act, 42 U.S.C. 11601 et seq., that the minor, Sofia Merchan Molano, born on January 29, 2002, be returned in the company of her father, Francisco Jose Merchan Rocha, to the sovereign nation of Colombia, and to report the delivery of the children to the appropriate Central Authority.

IT IS FURTHER ORDERED Francisco Jose Merchan Rocha has the exclusive right to the physical and legal custody of the child during the period of time required to return the above-named minors to Colombia, the country of the minor habitual residence; and this order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Convention; and the order of this court is made under the authority of U.S.C. 11603(a), conferring upon this court original and concurrent jurisdiction with federal district courts of the United States.

NOW THEREFORE, TO ANY PEACE OFFICER IN THE STATE OF NEVADA AND TO ANY FEDERAL OFFICER:

YOU ARE HEREBY COMMANDED TO enforce the instant order allowing Francisco Jose Merchan Rocha to remove the above-named minor from the United States of America, and to allow him to accompany her to the country of Colombia giving said Francisco Jose Merchan Rocha, the right, without interference, to have said child in his lawful custody for the purposes described herein.

This order is effective the date below written, and shall continue in force and effect until modified or cancelled by a court of competent jurisdiction in the United States.

IT IS SO ORDERED this 22nd day of December, 2014.

                                              THE HONORABLE ROBERT C. JONES

MCFARLING LAW GROUP

| */s/Emily McFarling* | *Disapproved* |
|---|---|
| Emily McFarling, Esq. | Veronica Gabrielle |
| Nevada Bar No. 8567 | 9143 W. Torino Avenue |
| 6230 W. Desert Inn Rd. | Las Vegas, NV 89148 |
| Las Vegas, NV 89146 | Defendant in Proper Person |
| Attorney for Plaintiff | |

**CERTIFICATION**

In accordance with LR 9021, I certify that on December 1, 2014, a copy of this order was served on the Defendant, who has disapproved its contents. I further certify that no written objections were filed.

DATED this 11th day of December 2014.

                                                                                              */s/Emily McFarling*
                                                                                            Emily McFarling, Esq.
                                                                                            Nevada Bar No. 8567